## ANDERSON v. ILLINOIS OIL CO.

No. 22619. Feb. 11, 1936.

Walter. Mathews, for plaintiff in error.

Wilcox & Swank, for defendant in error.

C. B. McCrory, T. H. Ottesen, and Dick Jones, amici curiae.

WELCH, J. This case was tried with, and the same record made as in, F. D. Nazworthy v. Illinois Oil Company, 176 Okla. 37, 54 P. (2d) 642, this day decided. The same questions are involved. What was said in that case is applicable here. The same judgment was rendered below. The judgment is therefore affirmed.

McNEILL, C. J., OSBORN, V. C. J., and BAYLESS, CORN, and GIBSON, JJ., concur. RILEY, J., dissents. BUSBY and PHELPS, JJ., absent.